## State of New York
## Supreme Court, Appellate Division
## Third Judicial Department

Decided and Entered: February 2, 2017      523094
_____

In the Matter of ERIC DeBERRY,
                Petitioner,

    v                               MEMORANDUM AND JUDGMENT

DONALD VENETTOZZI, as Acting
    Director of Special Housing
    and Inmate Disciplinary
    Programs,
                Respondent.
_____

Calendar Date: November 29, 2016

Before: McCarthy, J.P., Garry, Egan Jr., Devine and Aarons, JJ.

_____

      Eric DeBerry, Napanoch, petitioner pro se.

      Eric T. Schneiderman, Attorney General, Albany (Owen Demuth of counsel), for respondent.

_____

      Proceeding pursuant to CPLR article 78 (transferred to this Court by order of the Supreme Court, entered in Ulster County) to review a determination of the Commissioner of Corrections and Community Supervision finding petitioner guilty of violating a prison disciplinary rule.

      Petitioner commenced this CPLR article 78 proceeding to challenge a determination finding him guilty of violating a prison disciplinary rule. The Attorney General has advised this Court that the determination has been administratively reversed, all references thereto have been expunged from petitioner's institutional record and the $5 mandatory surcharge has been refunded to petitioner's inmate account. In light of this, and given that petitioner has received all of the relief to which he

is entitled, the petition is dismissed as moot (see Matter of Ballard v Racette, 140 AD3d 1428 [2016]).

McCarthy, J.P., Garry, Egan Jr., Devine and Aarons, JJ., concur.

ADJUDGED that the petition is dismissed, as moot, without costs.

ENTER:

Robert D. Mayberger
Clerk of the Court